Carpenter Motor Vehicle Company, Judgment Creditor, Respondent, v. Raymond W. Marshall, Judgment Debtor, Appellant.— Motion granted on condition that appellant perfect his appeal, place on the January calendar and be ready for argument when reached; otherwise, motion denied, with costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Daniel P. Duryea, Respondent, v. Pearl Hendrickson, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Josephine M. Fairchild, Appellant, v. Scarsdale Estates, Respondent, Impleaded with White Plains Development Company and Another, Appellants. The Equitable Trust Company of New York, as Trustee, and Others, Defendants.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Elizabeth Fatum, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

John Kolacki, as Administrator, etc., Respondent, v. American Sugar Refining Company of New York, Appellant.— Motion for reargument denied, with ten dollars costs. The amendment to section 1180 of the Code of Civil Procedure* was not overlooked by this court, but in its judgment its provisions are not sufficiently broad to justify the conduct of counsel for the plaintiff in pursuing a line of inquiry in the presence of the jury which has been repeatedly condemned. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Metta F. Merchant, Respondent, v. George M. Ryall and Others, Appellants.— Motion for reargument denied, without costs. Defendant Ryall's motion for judgment dismissing the complaint denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Frank Neumann, as Administrator, etc., Respondent, v. Hudson County Consumers Brewing Company, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Stay of execution granted for ten days. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Maud Nosk, as Administratrix, etc., Respondent, v. The City of New York, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Laura A. Porter, as Administratrix, etc., Plaintiff, v. The City of New York, Defendant.—Motion granted upon condition that plaintiff also pay all costs of the action to date, and stipulate that defendant may read in evidence the testimony of the former witness, now stationed in the Philippines, if it desires to do so. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.